IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10199
(Summary Calendar)

_____

MILTON EDWARD GRIGGS,

Plaintiff-Appellant,

versus

BOBBY YOUNG, Sheriff of Hunt County, Et Al.

Defendants,

DOUG TOMLINSON, Sgt., Hunt County Jail,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(USDC No. 3:94-CV-2177-P)
- - - - - - - - - - -
July 25, 1996

Before WIENER, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Milton Griggs, #558133, appeals from the district court's order granting summary judgment in favor of Sergeant Doug Tomlinson in Griggs' civil rights complaint brought pursuant to 42 U.S.C. § 1983. Griggs argues that Tomlinson used excessive force in moving him from his jail cell. We have reviewed the record and the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

briefs of the parties and AFFIRM the district court's judgment for essentially the same reasons set forth by the district court. <u>See</u> <u>Griggs v. Young et al.</u>, No. 3:94-CV-2177-P (N.D. Tex. Jan. 31, 1996).

AFFIRMED.